# PD-0293-16

Cause No

Court of Criminal Appeals
Austin, Texas

Jerome Marcelas Cooper
Petitioner

vs.

State of Texas
Respondent

Cooper v State of Texas
Harris County, Texas 176th District, No 1368272
14th Court of Appeals No. 14-13-00799-CR

## Petitioner's Motion To Suspend Rule 9.3 T.R.A.P. For His Petition For Discretionary Review

1. Petitioner has no extra supplies to provide for copies.

2. Petitioner is indigent and proceeding Pro Se.

3. Petitioner has no access to any office supplies.

Petitioner prays that this Honorable Court grant this motion in full and suspend Rule 9.3 T.R.A.P. and any other relief entitled.

Respectfully Submitted

Jerome Cooper

Jerome Cooper, pro se
TDCJ # 1882243
3001 S. Emily Drive
Beeville, Texas 78102

Dated: 09-26-2016

Jerome Cooper #1888243
3001 S. Emily Drive
Beeville, Tx 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
26 SEP 2017 PM 2 L

USA FOREVER 2016

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas
78711-2308

78711-230808